DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FLORIDA HEALTH SCIENCES CENTER, INC., d/b/a Tampa
General Hospital,

Petitioner,

v.

JEFFREY D. STONE, M.D., and MARIE C. STONE,

Respondents.

No. 2D21-834

_____

September 15, 2021

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Paul L. Huey, Judge.

Jason M. Azzarone, Louis J. La Cava, and Jonathan Ficarrotta of La
Cava Jacobson & Goodis, P.A., Tampa, for Petitioner.

George A. Vaka and Nancy A. Lauten of Vaka Law Group, Tampa,
for Respondents.


PER CURIAM.

    Dismissed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.